# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARCHIE WILSON ERVIN,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 85424

**FILED**

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. Third Judicial District Court, Lyon County; John Schlegelmilch, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, S.J.
Gibbons

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

22-35505

cc: Hon. John Schlegelmilch, District Judge
Brock Law, Ltd.
Walther Law Offices, PLLC
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk

Supreme Court
of
Nevada

(O) 1947A